| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230472-3<br>Attorneys for Secured Creditor: U.S. Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2005-AC6, Asset-Backed Certificates, Series 2005-AC6 | |
| In Re:<br><br>Denise Hauss | Case No.: 20-20124-MBK<br>Chapter 13<br><br>Hearing Date: November 17, 2020<br>Time: 10:00 AM<br><br>Judge: Michael B. Kaplan |

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Debtors **Denise Hauss**
Case No.: **20-20124-MBK**
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR TO CONFIRMATION OF CHAPTER 13 PLAN**

---

THIS MATTER having been opened before the Court by Andre L Kydala, Esquire, counsel for the Debtor, Denise Hauss, upon the filing of a Chapter 13 petition and plan and Secured Creditor, U.S. Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2005-AC6, Asset-Backed Certificates, Series 2005-AC6, by its attorneys, Milstead & Associates, having filed an objection to the confirmation of the plan, and the parties having resolved their differences and having consented to the entry of this Order, and for good cause shown, it is

**ORDERED AS FOLLOWS:**

1. The Debtor's Chapter 13 plan is hereby amended to allow $1,698.79 to be paid to U.S. Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2005-AC6, Asset-Backed Certificates, Series 2005-AC6, representing Secured Creditor's pre-petition mortgage arrears claim, as more fully reflected on the Secured Creditor's Proof of Claim filed on September 17, 2020 at Claim No. 2.

2. Debtor's consent to entry of the within order does not waive their right to object to the said Proof of Claim pursuant to D.N.J. Local Bankruptcy Rule 3007-1(b).

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the instant bankruptcy case.

CONSENT TO THE FORM AND ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:

/s/ Andrew M. Lubin                    /s/ Andre L. Kydala

Andrew M. Lubin, Esquire               Andre L Kydala, Esquire
Milstead & Associates, LLC             Attorney for Debtor
Attorneys for Mortgagee                Dated:
Dated: 11/13/2020