| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230472<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-AC6 | Order Filed on March 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Denise Hauss | Case No.: 20-20124-MBK<br>Chapter 13<br><br>Hearing Date: March 16, 2021<br>Time: 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 16, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-AC6 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtor, Denise Hauss, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Frank Hauss, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

    X  Real property more fully described as:

**330 South 4th Street, Phillipsburg, NJ 08865**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

    ☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, co-debtor and any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*